FILED
 2011 Aug-29  AM 11:00
U.S. DISTRICT COURT
   N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA BLACKWELL, Individually; CYNTHIA BLACKWELL, as Mother and next friend of Minors, J. B., L. B., Q.B. and T.B., <br><br>  Plaintiffs, <br><br> v. <br><br> ENTERPRISE LEASING COMPANY-SOUTH CENTRAL, INC., ELCO ADMINISTRATIVE SERVICES COMPANY, and ENTERPRISE RENT-A-CAR COMPANY, et al., <br><br>  Defendants. | CIVIL ACTION NO. <br><br> CV-08-KOB-2408-W |

Memorandum Opinion

The case comes before the court on the motion for summary judgment filed by Enterprise Leasing, ELCO, and Enterprise Holdings. (Doc. 70.) The motion addresses only Counts Two, Three, and Four of the Amended Complaint as those are the only counts that apply to these defendants. On August 10, 2011, the magistrate recommended that the motion be granted and that these counts be dismissed. (Doc. 86.) No party filed any objection to that recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment

is due to be GRANTED and these defendants are due to be DISMISSED with prejudice.

DONE this the 29th day of August 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE